No. 1030. TIME, INC. *v.* PAPE. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and the judgment reversed. *Harold R. Medina, Jr., Victor M. Earle III, Don H. Reuben* and *Lawrence Gunnels* for petitioner. *Roger Q. White* and *Luis Kutner* for respondent.

No. 1069. LEAGUE OF WOMEN VOTERS OF GRAND TRAVERSE AREA OF MICHIGAN ET AL. *v.* SMOOT. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Harold S. Sawyer* and *Lewis A. Engman* for petitioners.

No. 66, Misc. ALLEN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender,* Assistant Attorney General, for respondent.

No. 343, Misc. PETERSON *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. Petitioner *pro se. Edward W. Brooke,* Attorney General of Massachusetts, and *Richard W. Murphy,* Special Assistant Attorney General, for respondent.

No. 766, Misc. KINDERMAN *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 1004, Misc. KOLTOSKY *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Petitioner *pro se. Aaron E. Koota* and *William I. Siegel* for respondent.